AO 120 (Rev. 3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Southern District of Illinois_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>10-693-JPG-CJP | DATE FILED<br>9/8/2010 | U.S. DISTRICT COURT<br>Southern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Kathy Bradley, Lois Hess & Kay Klausner | | DEFENDANT<br>Inner-Tite Corp. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,835,674 | 9/17/1974 | Richard Hoyt |
| 2 | 3,867,822 | 2/25/1975 | Lynn H. Morse & Anker J. Nielsen Jr. |
| 3 | 3,968,985 | 7/13/1976 | Anker J. Nielsen, Jr. & Lynn H. Morse |
| 4 | 4,058,992 | 11/22/1977 | Anker J. Nielsen, Jr. |
| 5 | 4,060,884 | 12/6/1977 | Earle B. Hamilton |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |   |   |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>NANCY J. ROSENSTENGEL | (BY) DEPUTY CLERK | DATE<br>9/8/2010 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Southern District of Illinois_____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>10-693-JPG-CJP | DATE FILED<br>9/8/2010 | U.S. DISTRICT COURT<br>Southern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Kathy Bradley, Lois Hess & Kay Klausner | | DEFENDANT<br>Inner-Tite Corp. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,144,729 | 3/20/1979 | Anker J. Nielsen, Jr. |
| 2 | 4,158,953 | 6/26/1979 | Anker J. Nielsen, Jr. |
| 3 | 4,287,000 | 9/1/1981 | Geoffrey R. Buckwalter |
| 4 | 4,403,386 | 9/13/1983 | Richard E. Hoyt |
| 5 | 4,407,146 | 10/4/1983 | Anker J. Nielsen, Jr. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>NANCY J. ROSENSTENGEL | (BY) DEPUTY CLERK | DATE<br>9/8/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

✎ AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Southern District of Illinois_____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>10-693-JPG-CJP | DATE FILED<br>9/8/2010 | U.S. DISTRICT COURT<br>Southern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Kathy Bradley, Lois Hess & Kay Klausner | | DEFENDANT<br>Inner-Tite Corp. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,420,864 | 12/20/1983 | Richard E. Hoyt |
| 2 | 4,458,510 | 7/10/1984 | Anker J. Nielsen |
| 3 | 4,471,982 | 9/18/1984 | Anker J. Nielsen, Jr. |
| 4 | 4,630,456 | 12/23/1986 | Anker J. Nielsen, Jr. |
| 5 | 4,712,395 | 12/15/1987 | Anthony J. Agbay |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>NANCY J. ROSENSTENGEL | (BY) DEPUTY CLERK | DATE<br>9/8/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

✎ AO 120 (Rev. 3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____Southern District of Illinois_____ on the following   **X** Patents or   ☐ Trademarks:

| DOCKET NO.<br>10-693-JPG-CJP | DATE FILED<br>9/8/2010 | U.S. DISTRICT COURT<br>Southern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Kathy Bradley, Lois Hess & Kay Klausner | | DEFENDANT<br>Inner-Tite Corp. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,828,300 | 5/9/1989 | Anthony J. Agbay |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>NANCY J. ROSENSTENGEL | (BY) DEPUTY CLERK | DATE<br>9/8/2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy