IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS and KAY KLAUSNER, | ) ) ) |
| Relators, | ) ) |
| vs. | ) No. 3:10-cv-00693-JPG-CJP ) |
| INNER-TITE CORP., | ) ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

COMES NOW David Cates of The Cates Law Firm, L.L.C. and hereby enters his appearance for Relators, Kathy Bradley, Lois Hess and Kay Klausner, in the above-captioned matter.

Respectfully submitted,

_____
JUDY L. CATES # 00414743
DAVID CATES # 06289198
*The Cates Law Firm, L.L.C.*
216 West Pointe Drive, Suite A
Swansea, IL  62226
Telephone:   (618) 277-3644
Facsimile:   (618) 277-7882
E-mail:   jcates@cateslaw.com
         dcates@cateslaw.com
*Attorney for Relators*

### PROOF OF SERVICE

The undersigned certifies that a copy of David Cates' Entry of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Illinois by using the CM/ECF system which will send a Notice of Electronic Filing upon counsel of record of all parties on this 8th day of September, 2010.

