IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS AND KAY KLAUSNER, )<br>)<br>Relators, )<br>)<br>vs. )<br>)<br>INNER-TITE CORP., )<br>)<br>Defendant. | )<br>)<br>CIVIL NO. 10-cv-00693 JPG-CJP |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

Defendant Inner-Tite Corp.

DATED: 9/30/10

                                                                /s/*Rebecca M. Rothmann*
                                                            Signature

                                                            Rebecca M. Rothmann
                                                            Name
                                                            **WILSON, ELSER, MOSKOWITZ, et al.**
                                                            55 W. Monroe St., Suite 3800
                                                            Chicago, IL 60655
                                                            Address

                                                            312-821-6148
                                                            Phone Number

                                                            312-704-1522
                                                            Fax Number

                                                            rebecca.rothmann@wilsonelser.com
                                                            E-Mail Address

*Rev 12/09*

UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS AND KAY KLAUSNER,<br>*Plaintiff(s)*<br>v.<br>INNER-TITE CORP.,<br>*Defendant(s)* | Case Number: 3:10-cv-00693-JPG-CJP |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2010, I electronically filed Appearance for Defendant Inner-Tite Corp. with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Judy L. Cates
David Cates
The Cates Law Firm, L.L.C.
216 West Pointe Drive, Suite A
Swansea, IL 62226

Respectfully submitted,
s/*Rebecca M. Rothmann*
Wilson, Elser, Moskowitz, Edelman & Dicker
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
312-821-6148
Fax: 312-704-1522
Rebecca.rothmann@wilsonelser.com