IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KATHY BRADLEY, LOIS HESS, AND )
KAY KLAUSNER, )
          Plaintiff, )
vs. )   CIVIL NO. 10-cv-00693-JPG-CJP
INNER-TITE CORP., )
          Defendant. )

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, Inner-Tite Corp. ("Inner-Tite"), through its attorneys, Daniel J. McMahon and Rebecca M. Rothmann of Wilson Elser Moskowitz Edelman & Dicker LLP, and for its Disclosure Statement pursuant to FRCP 7.1, states as follows:

INNER-TITE CORP.

1. Does said party have any parent corporations?

**ANSWER:** _____ Yes    __X__ No

2. If the answer is Yes, list below the identity of the parent corporation(s).

**ANSWER:** Not applicable

3. Is there a publicly held corporation, not a party to the case, that owns 10% or more of said party's stock

**ANSWER:** _____ Yes    __X__ No

4. If the answer is Yes, list the identity of such corporation.

**ANSWER:** Not applicable

778050.1

                                                Respectfully submitted,

                                                INNER-TITE CORP.

                                                By: */s/ Rebecca M. Rothmann*
                                                One of its attorneys

Daniel J. McMahon
Rebecca M. Rothmann
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
55 W. Monroe St.
Suite 3800
Chicago, IL 60602
312-704-0550

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of November, 2010, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. All other parties will be served by Regular U. S. Mail. Parties may access this filing through the Court's System.

                                                */s/ Rebecca M. Rothmann*
                                                Rebecca M. Rothmann
                                                ***Attorney for Defendants***
                                                Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
                                                55 W. Monroe St.
                                                Suite 3800
                                                Chicago, IL 60602
                                                312-704-0550
                                                Firm I.D. 16741

778050.1