IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS, AND KAY KLAUSNER, ) ) ) ) Plaintiff, ) ) vs. ) ) INNER-TITE CORP., ) ) Defendant. ) ) ) | CIVIL NO. 10-cv-00693-JPG-CJP |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

**I hereby enter my appearance as counsel for Defendant Inner-Tite Corp.**

DATED:     11/4/10

/s/ *Daniel J. McMahon*

Daniel J. McMahon
Name

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Address

312-704-0550
Phone Number

312-704-1522
Fax Number

daniel.mcmahon@wilsonelser.com
E-Mail Address

778078.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of November, 2010, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. All other parties will be served by Regular U. S. Mail. Parties may access this filing through the Court's System.

/s/ *Daniel J. McMahon*
Daniel J. McMahon
***Attorney for Defendant***
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
55 W. Monroe St.
Suite 3800
Chicago, IL 60602
312-704-0550

778078.1