# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Kathy Bradley | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number:  10-693-JPG/CJP |
| Inner-Tite Corp. | ) | |
| *Defendant(s)* | ) | |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

| DOCUMENT NO: 13 and 15 | DOCUMENT TITLE: Memorandum in Support of Motion |
|---|---|

One of the following errors/deficiencies has been identified in the document listed above:

☐ Document entered in wrong case
☐ Document linked incorrectly
☐ Incorrect document type selected (PDF and event do not match)
☐ Certificate of Service is missing
☒ Other: Exhibit A in both documents previously filed.  "Filers must not attach any pleading or other paper already on file with the court.  Merely refer to that document number." April, 2006, User's Manual.

### ACTION TAKEN BY CLERK'S OFFICE

☐ Docket entry "STRICKEN" as ordered by the Court
☐ Docket entry corrected
☒ Other: Notice of Errors for informational purposes.

### ACTION REQUIRED BY FILER

☐ Document must be re-filed
☐ Amended document must be filed and re-noticed, if applicable
☒ No further action required by the filer
☐ Other:

NANCY J. ROSENSTENGEL, Clerk of Court

By:  *s/Deborah Agans*
DATE: November 5, 2010          Deborah Agans, Deputy Clerk

(05/10)