IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS and KAY KLAUSNER, </br></br>    Relators, </br></br> vs. </br></br> INNER-TITE CORP., </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 3:10-cv-00693-JPG-CJP </br> ) </br> ) </br> ) </br> ) |

## DECLARATION OF JUDY L. CATES

I, Judy L. Cates, declare as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein, and declare that each of them is true and correct.

2. I am one of the attorneys representing Relators. I am a member of The Cates Law Firm, L.L.C. and my office address is 216 West Pointe Drive, Suite A, Swansea, Illinois 62226.

3. Exhibit A is a true and accurate copy of Document 30 entitled "Brief Of The United States As Intervenor Defending The Constitutionality of 35 U.S.C. 292" filed in the case of *James M. Harrington v. CIBA Vision Corporation*, Case No. 3:08-cv-00251-FDW-DCK in the U.S. District Court for the Western District of North Carolina, Charlotte Division as taken from Pacer on September 27, 2010.

4. Exhibit B is a true and accurate copy of Document 42 entitled "Supplemental Brief Of The United States As Intervenor Defending The Constitutionality

EXHIBIT 2

Of 35 U.S.C. § 292" filed in the case of *James M. Harrington v. CIBA Vision Corporation*, Case No. 3:08-cv-00251-FDW-DCK in the U.S. District Court for the Western District of North Carolina, Charlotte Division as taken from Pacer on September 27, 2010.

5. Exhibit C is a true and accurate copy of Document 47 entitled "Supplemental Reply Of The United States As Intervenor Defending the Constitutionality of 35 U.S.C. § 292" filed in the case of *James M. Harrington v. CIBA Vision Corporation*, Case No. 3:08-cv-00251-FDW-DCK in the U.S. District Court for the Western District of North Carolina, Charlotte Division as taken from Pacer on September 27, 2010.

6. Exhibit D is a true and accurate copy of 35 U.S.C. 41 printed from the U.S. Patent & Trademark website - http://www.uspto.gov/web/offices/pac/mpep/documents/appxl_35_U_S_C_41.htm - on November 24, 2010.

7. Exhibit E is a true and accurate copy of the index of the "Manual of Patent Examining Procedure (MPEP)" printed from the U.S. Patent & Trademark website - http://www.uspto.gov/web/offices/pac/mpep/documents/appxl_35_U_S_C_41.htm - on November 24, 2010.

8. Exhibit F is a true and accurate copy of Chapter 25 – "Maintenance Fees" from the "Manual of Patent Examining Procedure (MPEP) printed from the U.S. Patent & Trademark website -

EXHIBIT 2

http://www.uspto.gov/web/offices/pac/mpep/mpep_e8r7_2500.pdf - on November 24, 2010.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed on this 6th day of December, 2010.

_____
Judy L. Cates

EXHIBIT 2