United States Patent and Trademark Office

**PATENTS**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Patents > Search Collections > "Manual of Patent Examining Procedure" Edition 8 (E8), August 2001, Last Revision July 2010

# Manual of Patent Examining Procedure (MPEP)

## Eighth Edition, August 2001

## Latest Revision July 2010

**Consolidated Laws** - the latest published version of the patent laws (Appendix L of the MPEP or Consolidated Patent Laws, whichever is more current). September 2007

**Consolidated Rules** - the latest published version of the patent rules (Appendix R of the MPEP or Consolidated Patent Rules, whichever is more current). July 2010

**How to obtain a copy of the MPEP**

**MPEP Archives (1948 - 2008)**

## Current MPEP:

The "E8r8" columns below includes the PDF and html documents updated in Revision 8 of the Eighth Edition of the MPEP, dated July 2010. The documents updated in Revision 8 were the following: Blue Pages; Title Page; Chapters 300, 500, 1200, and 1700; Appendix R; and the Index

Zipped files are also provided to facilitate downloading of the entire MPEP in PDF and HTML format.

| File | E8r8 | E8r8 | Chapter, Appendix Title |
|---|---|---|---|
| Blue | PDF | html | Blue Pages |
| Title | PDF | html | Title Page |
| FWD | PDF | html | Foreword |
| TOC | PDF | html | Table of Contents |
| Intro | PDF | html | Introduction |
| 0100 | PDF | html | 100 Secrecy, Access, National Security, and Foreign Filing |
| 0200 | PDF | html | 200 Types, Cross-Noting, and Status of Application |
| 0300 | PDF | html | 300 Ownership and Assignment |
| 0400 | PDF | html | 400 Representative of Inventor or Owner |
| 0500 | PDF | html | 500 Receipt and Handling of Mail and Papers |
| 0600 | PDF | html | 600 Parts, Form, and Content of Application |
| 0700 | PDF | html | 700 Examination of Applications |
| 0800 | PDF | html | 800 Restriction in Applications Filed Under 35 U.S.C. 111; Double Patenting |
| 0900 | PDF | html | 900 Prior Art, Classification, and Search |
| 1000 | PDF | html | 1000 Matters Decided by Various U.S. Patent and Trademark Office Officials |
| 1100 | PDF | html | 1100 Statutory Invention Registration (SIR) and Pre-Grant Publication (PG Pub) |
| 1200 | PDF | html | 1200 Appeal |
| 1300 | PDF | html | 1300 Allowance and Issue |
| 1400 | PDF | html | 1400 Correction of Patents |
| 1500 | PDF | html | 1500 Design Patents |

EXHIBIT E

| | | | |
|---|---|---|---|
| 1600 | PDF | html | 1600 Plant Patents |
| 1700 | PDF | html | 1700 Miscellaneous |
| 1800 | PDF | html | 1800 Patent Cooperation Treaty |
| 1900 | PDF | html | 1900 Protest |
| 2000 | PDF | html | 2000 Duty of Disclosure |
| 2100 | PDF | html | 2100 Patentability |
| 2200 | PDF | html | 2200 Citation of Prior Art and *Ex Parte* Reexamination of Patents |
| 2300 | PDF | html | 2300 Interference Proceedings |
| 2400 | PDF | html | 2400 Biotechnology |
| 2500 | PDF | html | 2500 Maintenance Fees |
| 2600 | PDF | html | 2600 Optional *Inter Partes* Reexamination |
| 2700 | PDF | html | 2700 Patent Terms and Extensions |
| Ap I | PDF | html | Appendix I - Partial List of Trademarks |
| Ap II | PDF | html | Appendix II - List of Decisions Cited |
| Ap L | PDF | html | Appendix L - Patent Laws |
| Ap R | PDF | html | Appendix R - Patent Rules |
| Ap T | PDF | html | Appendix T - Patent Cooperation Treaty |
| Ap AI | PDF | html | Appendix AI - Administrative Instructions Under The PCT |
| Ap P | PDF | html | Appendix P - Paris Convention |
| Index | PDF | html | Index - Subject Matter Index |

Zipped version of the MPEP E8r8 in the PDF format: **Downloading and Searching Instructions**
**E8r8 PDFs** (42mb)

Zipped version of the MPEP E8r8 in the HTML format:
**E8r8 HTML** (28mb)

## Availability of MPEP on Paper and in Other Formats

### DVD-ROM

An order form for the single issue and single older issue of the MPEP can be found at
http://www.uspto.gov/products/catalog/eipdorder.pdf The MPEP is one of the databases contained in the Patents ASSIST DVD-ROM product.

Inquiries relating to purchasing the MPEP on DVD-ROM should be directed to:

Electronic Information Products Division
United States Patent and Trademark Office
2800 S Randolph Street
Mail Stop: 5C00
Arlington, VA 22206
E-Mail Address: ipd@uspto.gov

### Paper

The U.S. Patent and Trademark Office does not handle the sale of the paper Manual, distribution of notices and revisions, or changes of address of those on the subscription list. Correspondence relating to existing subscriptions should be sent to the Superintendent of Documents at the following address:

Superintendent of Documents
Mail List Section
Washington, DC 20402
Telephone: (202) 512 - 2267

Inquiries relating to purchasing the Manual should be directed to:

EXHIBIT E

Superintendent of Documents
United States Government Printing Office
Washington, DC 20402
Telephone: (202) 512 - 1800

**Previous Editions and Revisions**

All previous editions and revisions of the Manual are available from the **MPEP Archives**

**First Edition, November 1949**
**Second Edition, November 1953**
**Third Edition, November 1961**
**Fourth Edition, June 1979**
**Fifth Edition, August 1983**
**Sixth Edition, January 1995**
**Seventh Edition, July 1998**
**Eighth Edition, August 2001**
    Revision 1, February 2003
    Revision 2, May 2004
    Revision 3, August 2005
    Revision 4, October 2005
    Revision 5, August 2006
    Revision 6, September 2007
    Revision 7, July 2008
    Revision 8, July 2010

**Web Page Revision History:**
July 2010 — Added MPEP E8 Rev. 8 HTML Files
July 2010 — Added MPEP E8 Rev. 8 PDF Files
December 2008 — Added MPEP E8 Rev. 7 HTML Files
August 2008 — Added MPEP E8 Rev. 7 PDF Files
January 2008 — Added MPEP E8 Rev. 6 HTML Files
October 2007 — Added MPEP E8 Rev. 6 PDF Files
December 2006 — Added MPEP E8 Rev. 5 HTML Files
September 2006 — Added MPEP E8 Rev. 5 PDF Files
December 2005 — Added MPEP E8 Rev. 4 PDF and HTML Files
October 2005 — Added MPEP E8 Rev. 3 PDF and HTML Files
June 2004 — Added MPEP E8R2 PDF Files
March 2003 — Added MPEP E8R1 PDF Files
September 2001 — Added MPEP E8 PDF Files
May 2000 — Added MPEP E7R1 PDF and ASCII Files

Some content linked to on this page may require a plug-in for **Adobe Acrobat Reader** and **ZIP** files.

**KEY:** =online business system　$=fees　=forms　=help　=laws/regulations　=definition (glossary)

The **Inventors Assistance Center** is available to help you on patent matters. Send questions about USPTO programs and services to the **USPTO Contact Center (UCC)**. You can suggest USPTO webpages or material you would like featured on this section by E-mail to the **webmaster@uspto.gov**. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Last Modified: 09/08/2010 14:39:13

EXHIBIT E