IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS AND KAY KLAUSNER, <br><br> Plaintiff, <br><br> vs. <br><br> INNER-TITE CORP., <br><br> Defendant. | ) ) ) ) ) ) CIVIL NO. 10-cv-00693-JPG-CJP ) ) ) ) ) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

Defendant Inner-Tite Corp.

DATED: 12/20/10

      /s/ Martha N. Reggi
Signature

     Martha N. Reggi
Name
**WILSON, ELSER, MOSKOWITZ, et al.**
55 W. Monroe St., Suite 3800
Chicago, IL 60655
Address
  312-821-6176
Phone Number

  312-704-1522
Fax Number

Martha.reggi@wilsonelser.com
E-Mail Address

*Rev 12/09*