# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| Kathy Bradley, et al | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 10-693-JPG/CJP |
| Inner-Tite Corp. | ) | |
| *Defendant(s)* | ) | |

## NOTICE OF STRIKING
## ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 23   DOCUMENT TITLE: Reply Brief in Response to Motion to Dismiss

One of the following errors/deficiencies has been identified in the document listed above:

☐   Document entered in wrong case
☐   Document linked incorrectly
☐   Incorrect document type selected (PDF and event do not match)
☐   Certificate of Service is missing or incomplete (and is required by Electronic Filing Rule 9)
☒   Other: The s/signature on the document and login do not match.  See Section 2.0, Page 2.1 of User's Manual.

### ACTION TAKEN BY CLERK'S OFFICE

☒   Docket entry STRICKEN as ordered by the Court

### ACTION REQUIRED BY FILER

☒   Document must be re-filed
☐   Amended document must be filed and re-noticed, if applicable
☐   Document must be emailed to chambers.  See Local Rule 15.1 and Section 2.10 of the CM/ECF User's Manual

NANCY J. ROSENSTENGEL, Clerk of Court

By:  *s/Deborah Agans*