UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Kathy Bradley | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 10-CV-693-JPG/SCW |
| Lois Hess et al | ) | |
| *Defendant(s)* | ) | |

# NOTICE OF STRIKING
## ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 31        DOCUMENT TITLE: Proposed Motion

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☒ Incorrect document type selected (PDF and event do not match)
- ☐ Certificate of Service is missing or incomplete (and is required by Electronic Filing Rule 9)
- ☒ Other: Proposed documents are not to be e-filed but submitted to the appropriate Judge's Chambers. See CM/ECF User's Manual, Section 2.10.

## ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entry STRICKEN as ordered by the Court

## ACTION REQUIRED BY FILER

- ☒ Document must be re-filed using the correct event or emailed to the Judge's Chambers depending on what the document is intended for.
- ☐ Amended document must be filed and re-noticed, if applicable
- ☐ Document must be emailed to chambers. See Local Rule 15.1 and Section 2.10 of the CM/ECF User's Manual

NANCY J. ROSENSTENGEL, Clerk of Court

By:   *s/Jina Hoyt*

DATE: 2/28/2011                                Jina Hoyt, Deputy Clerk

CMECF-03
(12/10)