IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADELY, LORI HESS, and KAY KLAUSNER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| INNER-TITE CORP., | ) ) |
| Defendant. | ) |

Civil No. 10-cv-00693-JPG-SCW

**ENTRY OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney for said district, and hereby enters the appearance of Jennifer Hudson as lead attorney for interested party, United States of America.

Respectfully submitted,

STEPHEN WIGGINTON
United States Attorney

/s/ *Jennifer Hudson*
JENNIFER HUDSON
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone:  (618) 628-3700
FAX:    (618) 622-3810
E-mail: Jennifer.Hudson2@usdoj.gov