IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KATHY BRADELY, LORI HESS, and<br>KAY KLAUSNER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | Civil No. 10-cv-00693-JPG-SCW |
| | ) | |
| INNER-TITE CORP., | )<br>) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

Comes now the interested party, the United States of America, by and through its attorneys, Stephen Wigginton, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, and moves this court for a additional time in which to intervene in the pending litigation. In support thereof, the interested party offers the following information.

1. On April 26, 2011, this Court permitted the United States to intervene in the above captioned litigation. The Court gave a deadline of May 13, 2011.

2. Due to the recent increase in 35 U.S.C. Section 292 litigation and accompanying constitutional attacks, the Department of Justice is coordinating a nationwide response. Part of this plan includes each individual United States Attorney's office receiving approval to act on behalf of the Department of Justice.

3. Just as this jurisdiction has seen an increase in Section 292 litigation, many jurisdictions nationwide have received an increase in both filings and constitutional challenges. As

a direct result of the nationwide increase in litigation, approval time from the Department of Justice has increased.

4. The Department of Justice notified this office that they will need an additional thirty days from May 13, 2011.

THEREFORE, United States of America prays that the Court will grant a thirty day extension to June 13, 2011 in order to seek approval to intervene in the above captioned case.

    Respectfully submitted,

    STEPHEN WIGGINTON
    United States Attorney


    **/s/ *Jennifer Hudson***
    JENNIFER HUDSON
    Assistant U.S. Attorney
    Nine Executive Drive
    Fairview Heights, IL 62208
    Phone:  (618) 628-3700
    FAX:    (618) 622-3810
    E-mail:  Jennifer.Hudson2@usdoj.gov