IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LORI HESS, and KAY KLAUSNER,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>INNER-TITE CORP.,  )<br>)<br>Defendant.  ) | Civil No. 10-cv-00693-JPG-SCW |

**NOTICE OF INTERVENTION
BY UNITED STATES OF AMERICA**

Comes now the United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney for said District, and provides Notice of Intervention. In support thereof the United States offers the following:

1. On April 26, 2011, this Court, pursuant to 28 U.S.C. Section 2403 and Federal Rule of Civil Procedure 5.1(b), certified to the Attorney General of the United States that the constitutionality of the *qui tam* provision of 35 U.S.C. Section 292 has been questioned and authorised the United States to intervene in this above captioned action.

2. The Southern District of Illinois received permission to act on behalf of the United States Attorney General and, in a separate filing, enters its appearance for the purpose of defending the constitutionality of 35 U.S.C. Section 292.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


*/s/ Jennifer Hudson*

JENNIFER HUDSON
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208
Phone: 618-628-3700
FAX:   618-622-3810
E-mail: jennifer.hudson2@usdoj.gov