IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LORI HESS, and KAY KLAUSNER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )  Civil No. 10-cv-00693-JPG-SCW ) |
| INNER-TITE CORP., | ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE / SUBSTITUTION OF COUNSEL**

To the Clerk of this Court and all parties of record:

Pursuant to SDIL-LR 83.1(f), James M. Hipkiss, Assistant United States Attorney for the Southern District of Illinois, respectfully enters his appearance as counsel in this case for the United States of America.

WHEREFORE, counsel respectfully enters his appearance pursuant to SDIL-LR 83.1(f) and indicates that he should be substituted for Assistant United States Attorney, Jennifer Hudson. It is also requested that Jennifer Hudson be terminated as counsel for the United States of America.

Respectfully submitted,

STEPHEN WIGGINTON
United States Attorney

/s/ *James M. Hipkiss*
JAMES M. HIPKISS
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone:  (618) 628-3700
FAX:    (618) 622-3810
E-mail: Jim.Hipkiss@usdoj.gov