IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS, and KAY KLAUSNER,<br><br>   Relators,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>   Intervenor,<br><br> v.<br><br>INNER-TITE CORP.,<br><br>   Defendant. | Case No. 3:10-cv-00693-JPG |

ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal. (Doc. 51). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds the parties have stipulated to dismissal with prejudice of all claims against all parties with each party to bear their own fees and costs.

The Court **FINDS** the matter **DISMISSED with prejudice** and **DIRECTS** the Clerk of the Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 7, 2011**

                 s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**