IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY BRADLEY, LOIS HESS, and KAY KLAUSNER,<br><br>    Relators,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor,<br><br>v.<br><br>INNER-TITE CORP.,<br><br>    Defendant. | Case No. 3:10-cv-00693-JPG |

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**DATED: October 7, 2011**

                                                      **NANCY ROSENSTENGEL, CLERK**

                                                      BY: _s/Brenda K. Lowe, Deputy Clerk_

APPROVED: *s/ J. Phil Gilbert*

        **J. PHIL GILBERT**
        **DISTRICT JUDGE**